**IRELL & MANELLA LLP**
Craig Varnen (170263)
cvarnen@irell.com
Glenn K. Vanzura (238057)
gvanzura@irell.com
Andrew J. Strabone (301659)
astrabone@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Axonic Capital LLC et al., | Case No. 2:18-cv-05127-PSG-SS |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINT MOTION TO DISMISS** |
| v. | Judge:   Hon. Philip S. Gutierrez<br>Date:   December 10, 2018<br>Time:   1:30 pm |
| Gateway One Lending & Finance, LLC et al., | |
| Defendants. | Complaint Filed:  June 8, 2018<br>Trial Date:   None Set |

Defendants Gateway One Lending & Finance, LLC, et al. ("Defendants") have moved to dismiss Plaintiffs Axonic Capital LLC, et al.'s ("Plaintiffs") Complaint.  In support of their Joint Motion to Dismiss (the "Motion"), Defendants request that this Court take judicial notice of and consider four documents referenced in, but not attached to, the Complaint.  These items are attached to this Request for Judicial Notice ("Request"), and they are also addressed in the Declaration of Andrew J. Strabone ("Strabone Decl."), filed concurrently herewith.

## I.    ARGUMENT

"[C]ourts must consider the complaint in its entirety" when ruling on a motion to dismiss, including "documents incorporated into the complaint by reference." *Tellabs Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1055 n.1, 1061, 1064 n.7 (9th Cir. 2008).  "Incorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself.  The doctrine prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken— or doom—their claims." *Khoja v. Orexigen Therapeutics, Inc.*, __ F.3d __, 2018 WL 3826298 at *9 (9th Cir. Aug. 13, 2018).

Under the incorporation by reference doctrine, courts may consider "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading." *Buttonwood Tree Value Partners, LP v. Sweeney*, 910 F. Supp. 2d 1199, 1204 (C.D. Cal. 2012) (quoting *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds by Galbraith v. Cty. of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002)); *see also Tellabs*, 551 U.S. at 322 (holding that courts must consider documents incorporated into the complaint by reference).

**Exhibits 1-4**, listed immediately below, meet the incorporation by reference standard.  Specifically, the content of each document is expressly referenced and

discussed in Plaintiffs' Complaint.  And, as explained further in the Motion, these documents actually "weaken—or doom—[Plaintiffs'] claims." *Orexigen Therapeutics*, __ F.3d __, 2018 WL 3826298 at \*9.  Accordingly, the Court should consider the contents of these documents when ruling on Defendants' Motion. *Tellabs*, 51 U.S. at 322.

- **Exhibit 1:** TCF 2015-2 Offering Memorandum Supplement, dated November 18, 2015; cited at Cmplt. ¶¶ 78, 107-109, 140, 151, 154, 167-169, 251-252.

- **Exhibit 2:** TCF 2015-2 Preliminary Private Placement Memorandum, dated November 10, 2015; cited at Cmplt. ¶¶ 76-77, 113, 118, 157-158, 167.

- **Exhibit 3:** TCF 2015-2 Servicing Agreement, dated November 25, 2015, cited at Cmplt. ¶¶ 168, 251, 255, 282, 283.

- **Exhibit 4:** Anna Burns and Yan Yan, *Auto ABS – US: Issuers' Calculations of Cumulative Net Loss May Vary*, Moody's Investors Service, dated May 10, 2017; cited at Cmplt. ¶¶ 122-126, 131-133, 205-206, 208-209.

*See also* Strabone Decl. ¶¶ 2-5 (discussing these exhibits).[1]

## II.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of the documents attached to this Request as **Exhibits 1-4**.

[1] These documents are judicially noticeable for the independent reason that Plaintiffs' claims depend on them. *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) ("We have extended the 'incorporation by reference' doctrine to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint.")

DATED: August 21, 2018

**IRELL & MANELLA LLP**

*/s/ Craig Varnen*
Craig Varnen
*Attorneys for Defendants*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -