FILED
CLERK, U.S. DISTRICT COURT
6/8/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 71

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Axonic Capital LLC et al.,

Plaintiffs,

v.

Gateway One Lending & Finance, LLC et al.,

Defendants.

Case No. 2:18-cv-05127-PSG-SS

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF THE ACTION**

Judge: Hon. Philip S. Gutierrez

# [~~PROPOSED~~] ORDER

This matter is before the Court pursuant to the Parties' stipulation regarding the Court's dismissal without prejudice. Based on the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The Court's May 28, 2021 order vacating all proceedings and dismissing the action without prejudice, Order Dismissing Action, Dkt. 70, is hereby superseded.

(2) All proceedings, if any, are vacated.

(3) The action is dismissed without prejudice.

(4) The Court retains jurisdiction for 180 days to vacate this order and to reopen the action (i) upon showing of good cause that the settlement has not been completed or (ii) to enter the dismissal of the action with prejudice as contemplated in the settlement agreement.

**IT IS SO ORDERED.**

DATED: 6/8/21

Hon. Philip S. Gutierrez
Judge, United States District Court